71 Cal.Rptr.3d 253 (2008)
175 P.3d 3
PEOPLE
v.
JENKINS (Ronald).
No. S147926.
Supreme Court of California.
January 16, 2008.
Dismissed and remanded to Court of Appeal, Third District.
In light of the decisions in People v. Izaguirre (2007) 42 Cal.4th 126, 64 Cal. Rptr.3d 137, 164 P.3d 568 and People v. Sloan (2007) 42 Cal.4th 110, 64 Cal.Rptr.3d 137, 164 P.3d 568, review in the above-entitled matter is dismissed. (Cal. Rules of Court, rule 8.528(b)(1).)
GEORGE, C.J., and KENNARD, BAXTER, WERDEGAR, CHIN, MORENO, and CORRIGAN, JJ., concur.